IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



| | |
|---|---|
| TAMMY ELLIS,<br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICA, L.P.<br>Defendant. | CASE NO. 5:06CV84-DCB-JMR |

## ORDER ON STIPULATION TO DISMISS

After considering the parties' stipulation to dismiss, the court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on the 26th day of Sept., 2006.

_____
U.S. MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED:

/s/ Ronald Stephen Rash
Ronald Stephen Rash
Mississippi Bar No. 101492
Aaronson & Rash, P.L.L.C.
6200 Savoy, Suite 510
Houston, Texas 77257
(713) 400-1040
(713) 400-1039 (Telecopier)

Howard L. Nations
Texas Bar No. 14823000
The Law Offices of Howard L. Nations
4515 Yoakum Blvd.
Houston, Texas 77006-5895
(713) 807-8400
(713) 807-8423 (Telecopier)

ATTORNEYS FOR PLAINTIFF

BUTLER, SNOW, O'MARA, STEVENS &
CANNADA, PLLC


/s/ Brooks R. Buchanan
CHRISTY D. JONES, MSB #3192
BROOKS R. BUCHANAN, MSB #9266
P.O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711
(601) 985-4500 (Telecopier)

ATTORNEYS FOR JANSSEN, L.P.

*Elli0029.wpd*